Wolters Kluwer

**CT Corporation**
**Service of Process Notification**
05/22/2025
CT Log Number 549202484

## Service of Process Transmittal Summary

**TO:** Laura Aznavoorian, Litigation Supervisor
Gallagher Bassett Services, Inc.
1411 OPUS PL STE 400
DOWNERS GROVE, IL 60515-1481

**RE:** **Process Served in California**

**FOR:** Costco Wholesale Corporation (Domestic State: WA)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: SYLVIA MULINO, an individual, MITCH MULINO, an individua // To: Costco Wholesale Corporation |
| **CASE #:** | 30202501482327CUPOCJC |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition |
| **PROCESS SERVED ON:** | C T Corporation System, GLENDALE, CA |
| **DATE/METHOD OF SERVICE:** | By Process Server on 05/22/2025 at 13:12 |
| **JURISDICTION SERVED:** | California |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 05/23/2025, Expected Purge Date: 06/07/2025<br>Image SOP<br>Email Notification, Laura Aznavoorian laura_aznavoorian@gbtpa.com<br>Email Notification, Maureen Papier maureen_papier@gbtpa.com<br>Email Notification, Derek Snead dsnead@costco.com |
| **REGISTERED AGENT CONTACT:** | C T Corporation System<br>330 N BRAND BLVD<br>STE 700<br>GLENDALE, CA 91203<br>866-401-8252<br>LargeCorporationTeam@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Wolters Kluwer

# PROCESS SERVER DELIVERY DETAILS

**Date:** Thu, May 22, 2025
**Server Name:** DROP SERVICE

| | |
|---|---|
| Entity Served | COSTCO WHOLESALE CORPORATION |
| Case Number | 30202501482327CUPOCJC |
| Jurisdiction | CA |

| Inserts | | |
|---|---|---|
| | | |

Electronically Filed by Superior Court of California, County of Orange, 05/14/2025 10:52:00 AM.
30-2025-01482327-CU-PO-CJC - ROA # 9 - DAVID H. YAMASAKI, Clerk of the Court By A. Wilcher, Deputy Clerk.

**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

**FOR COURT USE ONLY**
***(SOLO PARA USO DE LA CORTE)***

**NOTICE TO DEFENDANT:**
***(AVISO AL DEMANDADO):***
COSTCO WHOLESALE CORPORATION and DOES 1 to 50, Inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
***(LO ESTÁ DEMANDANDO EL DEMANDANTE):***
SYLVIA MULINO, an individual, MITCH MULINO, an individual

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡**AVISO!** Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):* CENTRAL JUSTICE CENTER
700 West Civic Center Dr. Santa Ana, CA 92701

CASE NUMBER:
*(Número del Caso):*
30-2025-01482327-CU-PO-CJC
**Assigned for All Purposes**
Judge Shawn Nelson

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Howard S. Blumenthal, Esq., & Ayda Mirafshar, Esq., ACTS LAW LLP, 16001 Ventura Blvd. Ste 200, Encino, CA 91436
Telephone: 424-288-4367 FAX:424-288-4368

DATE: 05/14/2025
*(Fecha)*

Clerk, by *(Secretario)* Alexis Wilcher A. Wilcher, Deputy *(Adjunto)*

DAVID H. YAMASAKI, Clerk of the Court

*(For proof of service of this summons, use* Proof of Service of Summons *(form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario* Proof of Service of Summons, *(POS-010)).*

[SEAL]
SUPERIOR COURT OF CALIFORNIA COUNTY OF ORANGE

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(speci*
3. ☒ on behalf of *(specify):* Costco Wholesale Corporation

under: ☒ CCP 416.10 (corporation) ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
☐ other *(specify):*

4. ☐ by personal delivery on *(date):*

Electronically Filed by Superior Court of California, County of Orange, 05/14/2025 10:52:00 AM.
30-2025-01482327-CU-PO-CJC - ROA # 8 - DAVID H. YAMASAKI, Clerk of the Court By A. Wilcher, Deputy Clerk.

CM-010

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*
Howard S. Blumenthal, Esq., SBN 185777 / Ayda Mirafhar, Esq., SBN 351009
ACTS Law, LLP 16001 Ventura Blvd, Ste 200 Encino , CA 91436
TELEPHONE NO.: 424-288-4367 FAX NO.: 424-288-4368
EMAIL ADDRESS: hblumenthal@actslaw.com / Amirafshar@actslaw.com
ATTORNEY FOR *(Name):* Plaintiffs, SYLVIA MULINO and MITCH MULINO

FOR COURT USE ONLY

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE COUNTY**
STREET ADDRESS: 700 West Civic Center Dr.
MAILING ADDRESS: Same as above
CITY AND ZIP CODE: Santa Ana, CA 92701
BRANCH NAME: CENTRAL JUSTICE CENTER

CASE NAME:
SYLVIA MULINO, ET AL v. COSTCO WHOLESALE CORPORATION, ET AL.

## CIVIL CASE COVER SHEET

[x] **Unlimited** (Amount demanded exceeds $35,000)
[ ] **Limited** (Amount demanded is $35,000 or less)

## Complex Case Designation

[ ] Counter [ ] Joinder
Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402)

CASE NUMBER: 30-2025-01482327-CU-PO-CJC
Assigned for All Purposes
JUDGE: Judge Shawn Nelson
DEPT.:

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
[ ] Auto (22)
[ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[ ] Product liability (24)
[ ] Medical malpractice (45)
[x] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
[ ] Business tort/unfair business practice (07)
[ ] Civil rights (08)
[ ] Defamation (13)
[ ] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)

**Employment**
[ ] Wrongful termination (36)
[ ] Other employment (15)

**Contract**
[ ] Breach of contract/warranty (06)
[ ] Rule 3.740 collections (09)
[ ] Other collections (09)
[ ] Insurance coverage (18)
[ ] Other contract (37)

**Real Property**
[ ] Eminent domain/Inverse condemnation (14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)

**Unlawful Detainer**
[ ] Commercial (31)
[ ] Residential (32)
[ ] Drugs (38)

**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
[ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
[ ] RICO (27)
[ ] Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition *(not specified above)* (43)

2. This case [ ] is [x] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision
3. Remedies sought *(check all that apply):* a. [x] monetary b. [ ] nonmonetary; declaratory or injunctive relief c. [ ] punitive
4. Number of causes of action *(specify):* Three: Negligence, Negligence-Premises Liability, and Loss of Consortium
5. This case [ ] is [x] is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: May 13, 2025
Ayda Mirafshar
(TYPE OR PRINT NAME) ▶ (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

CM-010

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the Civil Case Cover Sheet contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the Civil Case Cover Sheet to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
- Auto (22)–Personal Injury/Property Damage/Wrongful Death
- Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
- Asbestos (04)
  - Asbestos Property Damage
  - Asbestos Personal Injury/ Wrongful Death
- Product Liability *(not asbestos or toxic/environmental)* (24)
- Medical Malpractice (45)
  - Medical Malpractice– Physicians & Surgeons
- Other Professional Health Care Malpractice
- Other PI/PD/WD (23)
  - Premises Liability (e.g., slip and fall)
  - Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
  - Intentional Infliction of Emotional Distress
  - Negligent Infliction of Emotional Distress
  - Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
- Business Tort/Unfair Business Practice (07)
- Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
- Defamation (e.g., slander, libel) (13)
- Fraud (16)
- Intellectual Property (19)
- Professional Negligence (25)
  - Legal Malpractice
  - Other Professional Malpractice *(not medical or legal)*
- Other Non-PI/PD/WD Tort (35)

**Employment**
- Wrongful Termination (36)
- Other Employment (15)

**Contract**
- Breach of Contract/Warranty (06)
  - Breach of Rental/Lease
    - Contract *(not unlawful detainer or wrongful eviction)*
  - Contract/Warranty Breach–Seller
    - Plaintiff *(not fraud or negligence)*
  - Negligent Breach of Contract/ Warranty
  - Other Breach of Contract/Warranty
- Collections (e.g., money owed, open book accounts) (09)
  - Collection Case–Seller Plaintiff
  - Other Promissory Note/Collections Case
- Insurance Coverage *(not provisionally complex)* (18)
  - Auto Subrogation
  - Other Coverage
- Other Contract (37)
  - Contractual Fraud
  - Other Contract Dispute

**Real Property**
- Eminent Domain/Inverse Condemnation (14)
- Wrongful Eviction (33)
- Other Real Property (e.g., quiet title) (26)
  - Writ of Possession of Real Property
  - Mortgage Foreclosure
  - Quiet Title
  - Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
- Commercial (31)
- Residential (32)
- Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
- Asset Forfeiture (05)
- Petition Re: Arbitration Award (11)
- Writ of Mandate (02)
  - Writ–Administrative Mandamus
  - Writ–Mandamus on Limited Court Case Matter
  - Writ–Other Limited Court Case Review
- Other Judicial Review (39)
  - Review of Health Officer Order
  - Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
- Antitrust/Trade Regulation (03)
- Construction Defect (10)
- Claims Involving Mass Tort (40)
- Securities Litigation (28)
- Environmental/Toxic Tort (30)
- Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
- Enforcement of Judgment (20)
  - Abstract of Judgment (Out of County)
- Confession of Judgment *(non-domestic relations)*
- Sister State Judgment
- Administrative Agency Award *(not unpaid taxes)*
- Petition/Certification of Entry of Judgment on Unpaid Taxes
- Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
- RICO (27)
- Other Complaint *(not specified above)* (42)
  - Declaratory Relief Only
  - Injunctive Relief Only *(non-harassment)*
  - Mechanics Lien
  - Other Commercial Complaint Case *(non-tort/non-complex)*
  - Other Civil Complaint *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
- Partnership and Corporate Governance (21)
- Other Petition *(not specified above)* (43)
  - Civil Harassment
  - Workplace Violence
  - Elder/Dependent Adult Abuse
  - Election Contest
  - Petition for Name Change
  - Petition for Relief From Late Claim
  - Other Civil Petition



privacy, please press the Clear This Form button after y
Print this form | Save this form | Clear this form

Electronically Filed by Superior Court of California, County of Orange, 05/13/2025 03:14:24 PM.
30-2025-01482327-CU-PO-CJC - ROA # 2 - DAVID H. YAMASAKI, Clerk of the Court By A. Wilcher, Deputy Clerk.

Howard S. Blumenthal (SBN 185777)
*hblumenthal@actslaw.com*
Ayda Mirafshar, Esq. (SBN 351009)
*amirafshar@actslaw.com*
**ABIR COHEN TREYZON SALO, LLP**
16001 Ventura Boulevard, Suite 200
Encino, California 91436
(424) 288-4367 | Facsimile: (424) 288-4368

Attorneys for Plaintiffs,
SYLVIA MULINO and MITCH MULINO

Assigned for All Purposes
Judge Shawn Nelson

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**FOR THE COUNTY OF ORANGE-CENTRAL JUSTICE CENTER**

| | |
|---|---|
| SYLVIA MULINO, an individual, MITCH MULINO, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION and DOES 1 to 50, Inclusive<br><br>Defendants. | Case No.: 30-2025-01482327-CU-PO-CJC<br><br>**COMPLAINT FOR DAMAGES:**<br><br>1. **NEGLIGENCE**<br>2. **NEGLIGENCE-PREMISES LIABILTY**<br>3. **LOSS OF CONSORTIUM**<br><br>**[DEMAND FOR JURY TRIAL]** |

COMES NOW, Plaintiffs SYLVIA MULINO and MITCH MULINO (hereinafter "Plaintiffs") who complain of COSTCO WHOLESALE CORPORATION and DOES 1 through 50, INCLUSIVE (hereinafter "Defendant" or "Defendants"), and allege, upon information and belief, by their counsel, as follows:

**<u>THE PARTIES</u>**

1. At all times herein mentioned, plaintiff SYLVIA MULINO was an individual residing in the City of San Clemente, County of Orange, State of California.

2. At all times herein mentioned, plaintiff MITCH MULINO was an individual residing in the City of San Clemente, County of Orange, State of California.

3. Plaintiff is informed and believes and thereon alleges that the defendant COSTCO WHOLESALE CORPORATION., is a corporation qualified to do business in the County of Orange, State of California.

4. The true names and/or capacities whether individual, corporate, associate or otherwise, of Defendants DOES 1-50 inclusive, are unknown to Plaintiffs who therefore sues said Defendants by such fictitious names. Said DOE Defendants may include, but do not necessarily include, individuals, businesses, corporations, partnerships, associations, joint ventures, Defendants that are governmental in nature, as well as product manufacturers, medical providers, professionals, contractors, estates, administrators of estates, trusts and/or all other types of entities and/or individuals, as discovery in this matter may reveal. Regardless, Plaintiff alleges that each of the Defendants designated herein as a DOE is legally responsible in some manner for the events and happenings herein referred to, and legally caused injury and damages proximately thereby to Plaintiffs and each of them as herein alleged.

5. At all times herein mentioned, each of the Defendants was the agent, servant, employee, partner, alter ego, and/or joint venturer of each of the remaining Defendants and at all times alleged hereinafter mentioned, Defendants were acting within the purpose and scope of said agency, employment, partnership, alter ego, and/or joint venture, and each Defendant has ratified and approved the acts of the remaining Defendants. To the extent a corporate defendant, it is believed that any such Defendant's corporate officers and directors ratified and approved any wrongful conduct alleged in this Complaint, or were directly responsible for perpetrating such conduct.

ACTS
ABIR COHEN TREYZON SALO, LLP

**JURISDICTION AND VENUE**

6. This Court has jurisdiction over this entire action as this is a civil action wherein the matter in controversy, exclusive of interest and costs, exceeds the jurisdictional minimum of the Court. The acts and omissions complained of in this action took place in whole or in part, in the State of California; the injuries suffered by Plaintiffs were suffered in California; and, the Defendants have their principal place of business in, addresses in, do business in, and/or are domiciled or otherwise reside in the State of California.

7. Venue is proper in this judicial district pursuant to California Code of Civil Procedure section 395 because the subject incident and the related events giving rise to the cause(s) of action alleged herein, occurred in the State of California, County of Orange, where Defendants have their principle place of business in, addresses in, do business in, and/or are domiciled or otherwise reside in.

**GENERAL ALLEGATIONS**

8. Plaintiff alleges on information and belief that the subject incident took place in the Costco parking lot located at 33961 Doheny Park Road in San Juan Capistrano at or near the handicap parking spaces.

Said property was owned, controlled, managed and supervised by defendants COSTCO WHOLESALE CORPORATION and Does 1 through 10.

10. Plaintiff alleges on information and belief that the subject incident took place in the Costco parking lot located at 33961 Doheny Park Road in San Juan Capistrano at or near the handicap parking space. Said property was inspected, made safe, warned of, painted and maintained by Defendants COSTCO WHOLESALE CORPORATION and Does 11 through 20.

11. Plaintiff alleges on information and belief that the subject incident took place in the Costco parking lot located at 33961 Doheny Park Road in San Juan Capistrano at or near the handicap parking spaces. Plaintiff had parked and completed her shopping at the time of the incident.

12. Plaintiff alleges on information and belief that the subject incident took place in the Costco parking lot located at 33961 Doheny Park Road in San Juan Capistrano at or near the handicap parking spaces and that the parking curb wheel stops were painted yellow and black with the black color blending in with the color of the asphalt parking lot and hidden by the vehicle's shade. The tops of the curbs were black, and the curbs themselves were mostly black including the neds.

13. Plaintiff alleges on information and belief that after putting her purchases into her vehicle she walked along the passenger side and then passed the front of the vehicle and turned left toward the driver's side when the incident took place.

14. This case arises out of an incident that occurred on or about May 16, 2023, in the Costco parking lot located at 33961 Doheny Park Road in San Juan Capistrano at or near the handicap parking spaces. As Plaintiff SYLVIA MULINO was turning past the left front corner of her vehicle she failed to see the mostly black parking curb wheel stop and she tripped over it and fell hard to the ground on her face sustaining serious injuries.

**FIRST CAUSE OF ACTION:**

**NEGLIGENCE**

*(Against all Defendants and DOES 1 to 50)*

15. Plaintiff repeats and re-alleges each and every allegations set forth in Paragraphs 1 through 14, inclusive as though fully set forth herein.

16. At all times hereinafter mentioned, the Defendants and each of them owed a duty of care to Plaintiff which each Defendant breached, proximately causing the injuries, damages and harm to the Plaintiff.



ACTS ABIR COHEN TREYZON SALO, LLP

17. This case arises out of an incident that occurred on or about May 16, 2023, in the Costco parking lot located at 33961 Doheny Park Road in San Juan Capistrano at or near the handicap parking spaces.

18. Plaintiff SYLVIA MULINO was walking when her foot tripped over a parking curb wheel stop that was mostly black causing her to fall hard onto her face due to the dangerous condition of the premises.

19. Defendants, and each of them, so carelessly and negligently owned, operated, managed, maintained, inspected, possessed, painted, placed, warned of and controlled the premises in that Defendants, and each of them, allowed plaintiff to be exposed to a dangerous condition creating an unreasonable risk of harm, thereby causing serious injuries to plaintiff.

20. The dangerous condition was known, or in the exercise of ordinary and reasonable care should have been known, to defendants, and each of them, in adequate time for a reasonable, prudent person to have taken sufficient measures necessary to ensure safety to all persons on the defendants' premises by warning of the dangerous condition and/or removing the dangerous condition The failure of the defendants, and each of them, to mark, remove, paint, fix, remedy, warn of, advise or otherwise notify persons of the unsafe condition that existed, constitutes a conscious act of negligence on the part of the defendants, and each of them, to make the premises unsafe. Defendants owed a duty to Plaintiff and breached said duty.

21. In contrast to the Defendants, at the time of the INCIDENT, Plaintiff was acting with due caution, attention and care and did not in any way contribute to, or cause the damages, harm, and/or injuries as described herein.

22. As a direct result of the conduct of the Defendants, and each of them, Plaintiff was damaged, hurt, and injured in Plaintiff's health, strength and activity, sustaining injuries to Plaintiff's body and shock and injury to Plaintiff's nervous system and person, all of which said injuries have caused and continue to cause the Plaintiff great physical, mental and nervous pain and suffering. Plaintiff is informed and believes, and thereon alleges, that said injuries will result in some permanent disability to Plaintiff, all to Plaintiff's damage in an amount which will be stated according to proof at the time of trial.

23. As a direct result of the conduct of the Defendants, and each of them, Plaintiff was compelled to and did employ the services of hospitals, physicians, nurses and the like, to care for and treat Plaintiff, and did incur hospital, medical, processional, and incidental expenses, and Plaintiff is informed and believes, and thereon alleges, that by reason of Plaintiff's injuries Plaintiff will necessarily incur additional like expenses

acts ABIR COHEN TREYZON SALO, LLP

for an indefinite period of time in the future, the exact amount of such expenses will be stated according to proof at the time of trial.

24. As further proximate result of the negligence of Defendants, and each of them, as alleged herein Plaintiff has incurred, and will incur, loss of income, wages, property damage, and other pecuniary losses, the full nature, extent and amount of which are not yet known to Plaintiff, the exact amount of such expenses will be stated according to proof at the time of trial.

25. By reason of the foregoing, Plaintiff has been damaged in sums which exceed the jurisdictional limits of all lower courts which would otherwise have jurisdiction, which amounts will be shown according to proof at the time of trial.

**SECOND CAUSE OF ACTION:**

**NEGLIGENCE – PREMISE LIABILITY**

*(Against All Defendants and DOES 1 to 50 Inclusive)*

26. Plaintiff hereby incorporates by reference each and every allegation and statement contained in all preceding paragraphs 1 through 25 of this complaint, and incorporate them by reference in their entirety, as though fully set forth herein.

27. Defendants, and each of them, so carelessly and negligently owned, operated, managed, maintained, inspected, painted, possessed, placed, warned of and controlled the premises in that Defendants, and each of them, allowed plaintiff to be exposed to a dangerous condition creating an unreasonable risk of harm, thereby causing serious injuries to plaintiff.

28. The dangerous condition was known, or in the exercise of ordinary and reasonable care should have been known, to defendants, and each of them, inadequate time for a reasonable, prudent person to have taken sufficient measures necessary to ensure safety to all persons on the Defendants' premises by warning of the dangerous condition and/or removing the dangerous condition The failure of the defendants, and each of them, to mark, remove, fix, remedy, paint, warn, advise or otherwise notify persons of the unsafe condition that existed, constitutes a conscious act of negligence on the part of the defendants, and each of them, to make the premises unsafe. Defendants owed a duty to Plaintiff and breached said duty.

29. In contrast to the Defendants, at the time of the INCIDENT, Plaintiff was acting with due caution, attention and care and did not in any way contribute to, or cause the damages, harm, and/or injuries as described herein.

ACTS ABIR COHEN TREYZON SALO, LLP

**THIRD CAUSE OF ACTION**

**LOSS OF CONSORTIUM**

*(Against All Defendants and DOES 1 to 50 Inclusive)*

30. Plaintiff, MITCH MULINO, incorporates herein by reference paragraphs 1 through 29, inclusive, as though fully set forth herein at length.

31. On May 16, 2023, and at all times mentioned in this complaint, Plaintiffs were husband and wife.

32. As a direct and proximate result of Defendant's negligent conduct, Plaintiff SYLVIA MULINO suffered an injury which caused her to become incapacitated and unable to care for himself.

33. Before suffering these injuries, Plaintiff SYLVIA MULINO was able to and did perform all the duties of a wife and did perform all these duties, including assisting in maintaining the home, and providing love, companionship, affection, society, sexual relations, moral support, and solace to Plaintiff MITCH MULINO. As a direct and proximate result of the injuries, Plaintiff SYLVIA MULINO has been unable to perform the duties of a wife in that she can no longer assist with housework, have sexual intercourse, participate in family, recreational, or social activities with MITCH MULINO, or contribute to the household income. Due to the nature of the injuries sustained by Plaintiff SYLVIA MULINO and the severe physical and psychological strains they cause her, Plaintiff SYLVIA MULINO is no longer able to provide Plaintiff MITCH MULINO with love, companionship, affection, society, moral support, and solace. Because of these injuries, Plaintiff SYLVIA MULINO will be unable to perform these duties in the future. Plaintiff MITCH MULINO is therefore deprived and will be permanently deprived of his spouse's consortium, all to Plaintiff's damage, in a total amount to be established by proof at trial.

///

///

///

///

///

///

///

///

ACTS ABIR COHEN TREYZON SALO, LLP

ABIR COHEN TREYZON SALO, LLP

## PRAYER

Wherefore, Plaintiffs pray for judgment against the Defendants, for all Causes of Action hereinabove, as follows:

1. For general damages in an amount which will conform to proof;
2. For special damages in an amount which will conform to proof;
3. Costs of suit incurred herein;
4. Prejudgment interest; and
5. Such other and further relief as this Court may deem just and proper.

Dated: May 13, 2025

**ABIR COHEN TREYZON SALO, LLP**

By:________________________________
Howard S. Blumenthal, Esq.
Ayda Mirafshar, Esq.
Attorneys for Plaintiffs,
SYLVIA MULINO and MITCH MULINO

ABIR COHEN TREYZON SALO, LLP

**DEMAND FOR JURY TRIAL**

Plaintiffs hereby demands a trial by jury as to all issues and causes of action.

Dated: May 13, 2025

**ABIR COHEN TREYZON SALO, LLP**

By:____________________________

Howard S. Blumenthal, Esq.
Ayda Mirafshar, Esq.
Attorneys for Plaintiff,
SYLVIA MULINO and MITCH MULINO

CIV-050

**- DO NOT FILE WITH THE COURT-**
**-UNLESS YOU ARE APPLYING FOR A DEFAULT JUDGMENT UNDER CODE OF CIVIL PROCEDURE § 585 -**

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): TELEPHONE NO.: 424-288-4367
Howard S. Blumenthal, Esq., SBN 185777 / Ayda Mirafshar, Esq., SBN 351009
ACTS Law, LLP 16001 Ventura Blvd, Ste 200 Encino , CA 91436
EMAIL ADDRESS - hblumenthal@actslaw.com / amirafshar@actslaw.com

ATTORNEY FOR (name): Plaintiffs SYLVIA MULINO and MITCH MULINO

FOR COURT USE ONLY

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** ORANGE
STREET ADDRESS: 700 W. Civic Center Drive
MAILING ADDRESS: Same as above
CITY AND ZIP CODE: Santa Ana, CA 92701
BRANCH NAME: CENTRAL JUSTICE CENTER

PLAINTIFF: SYLVIA MULINO and MITCH MULINO
DEFENDANT: COSTCO WHOLESALE CORPORATION

**STATEMENT OF DAMAGES**
**(Personal Injury or Wrongful Death)**

CASE NUMBER: 30-2025-01482327-CU-PO-CJC

To *(name of one defendant only):* Costco Wholesale Corporation
Plaintiff *(name of one plaintiff only):* Sylvia Mulino
seeks damages in the above-entitled action, as follows:

| | | AMOUNT |
|---|---|---|
| 1. | **General damages** | |
| a. | [x] Pain, suffering, and inconvenience | $ 2,500,000.00 |
| b. | [ ] Emotional distress. | $ |
| c. | [ ] Loss of consortium | $ |
| d. | [ ] Loss of sociey and companionship *(wrongful death actions only)* | $ |
| e. | [ ] Other *(specify)* | $ |
| f. | [ ] Other *(specify)* | $ |
| g. | [ ] Continued on Attachment 1.g. | |
| 2. | **Special damages** | |
| a. | [x] Medical expenses *(to date)* | $ 75,000.00 |
| b. | [x] Future medical expenses *(present value)* | $ 75,000.00 |
| c. | [ ] Loss of earnings *(to date)* | $ |
| d. | [ ] Loss of future earning capacity *(present value)* | $ |
| e. | [ ] Property damage | $ |
| f. | [ ] Funeral expenses *(wrongful death actions only)* | $ |
| g. | [ ] Future contributions *(present value) (wrongful death actions only)* | $ |
| h. | [ ] Value of personal service, advice, or training *(wrongful death actions only)* | $ |
| i. | [ ] Other *(specify)* | $ |
| j. | [ ] Other *(specify)* | $ |
| k. | [ ] Continued on Attachment 2.k. | |

3. [ ] **Punitive damages:** Plaintiff reserves the right to seek punitive damages in the amount of *(specify)*.. $ ____________
when pursuing a judgment in the suit filed against you.

Date: May 21, 2025

Ayda Mirafshar, Esq.
(TYPE OR PRINT NAME)

(SIGNATURE OF PLAINTIFF OR ATTORNEY FOR PLAINTIFF)

(Proof of service on reverse)



Form Adopted for Mandatory Use
Judicial Council of California
CIV-050 [Rev. January 1, 2007]

**STATEMENT OF DAMAGES**
**(Personal Injury or Wrongful Death)**

Code of Civil Procedure, §§ 425.11, 425.115
www.courts.ca.gov

**CIV-050**

| PLAINTIFF: SYLVIA MULINO and MITCH MULINO<br>DEFENDANT: COSTCO WHOLESALE CORPORATION | CASE NUMBER:<br>30-2025-01482327-CU-PO-CJC |
|---|---|

**PROOF OF SERVICE**

*(After having the other party served as described below, with any of the documents identified in item 1, have the person who served the documents complete this Proof of Service. Plaintiff cannot serve these papers.)*

1. I served the
   a. ☐ Statement of Damages ☐ Other *(specify):*
   b. on *(name):*
   c. by serving ☐ defendant ☐ other *(name and title or relationship to person served):*
   d. ☐ by delivery ☐ at home ☐ at business
      (1) date:
      (2) time:
      (3) address:
   e. ☐ by mailing
      (1) date:
      (2) place:
2. Manner of service *(check proper box):*
   a. ☐ **Personal service.** By personally delivering copies. (CCP § 415.10)
   b. ☐ **Substituted service on corporation, unincorporated association (including partnership), or public entity.** By leaving, during usual office hours, copies in the office of the person served with the person who apparently was in charge and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left. (CCP § 415.20(a))
   c. ☐ **Substituted service on natural person, minor, conservatee, or candidate.** By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of the office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left. (CCP § 415.20(b)) **(Attach separate declaration or affidavit stating acts relied on to establish reasonable diligence in first attempting personal service.)**
   d. ☐ **Mail and acknowledgment service.** By mailing (by first- class mail or airmail, postage prepaid) copies to the person served, together with two copies of the form of notice and acknowledgment and a return envelope, postage prepaid, addressed to the sender. (CCP § 415.30) **(Attach completed acknowledgment of receipt.)**
   e. ☐ **Certified or registered mail service.** By mailing to an address outside California (by first-class mail, postage prepaid, requiring a return receipt) copies to the person served. (CCP § 415.40) **(Attach signed return receipt or other evidence of actual delivery to the person served.)**
   f. ☐ Other *(specify code section):*
      ☐ additional page is attached.
3. At the time of service I was at least 18 years of age and not a party to this action.
4. Fee for service: $
5. Person serving:
   a. ☐ California sheriff, marshal, or constable
   b. ☐ Registered California process server
   c. ☐ Employee or independent contractor of a registered California process server
   d. ☐ Not a registered California process server
   e. ☐ Exempt from registration under Bus. & Prof. Code § 22350(b)
   f. Name, address and telephone number and, if applicable, county of registration and number:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

▶ ______________________________
(SIGNATURE)

***(For California sheriff, marshal, or constable use only)***
I certify that the foregoing is true and correct.

Date:

▶ ______________________________
(SIGNATURE)

**- DO NOT FILE WITH THE COURT-**
**-UNLESS YOU ARE APPLYING FOR A DEFAULT JUDGMENT UNDER CODE OF CIVIL PROCEDURE § 585 -**

**CIV-050**

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address):* TELEPHONE NO.: 424-288-4367
Howard S. Blumenthal, Esq., SBN 185777 / Ayda Mirafshar, Esq., SBN 351009
ACTS Law, LLP 16001 Ventura Blvd, Ste 200 Encino , CA 91436
EMAIL ADDRESS - hblumenthal@actslaw.com / amirafshar@actslaw.com
ATTORNEY FOR *(name):* Plaintiffs SYLVIA MULINO and MITCH MULINO

FOR COURT USE ONLY

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** ORANGE
STREET ADDRESS: 700 W. Civic Center Drive
MAILING ADDRESS: Same as above
CITY AND ZIP CODE: Santa Ana, CA 92701
BRANCH NAME: CENTRAL JUSTICE CENTER

PLAINTIFF: SYLVIA MULINO and MITCH MULINO
DEFENDANT: COSTCO WHOLESALE CORPORATION

**STATEMENT OF DAMAGES**
**(Personal Injury or Wrongful Death)**

CASE NUMBER: 30-2025-01482327-CU-PO-CJC

To *(name of one defendant only):* Costco Wholesale Corporation
Plaintiff *(name of one plaintiff only):* Mitch Mulino
seeks damages in the above-entitled action, as follows:

| | | AMOUNT |
|---|---|---|
| 1. | **General damages** | |
| a. ☐ | Pain, suffering, and inconvenience | $ |
| b. ☐ | Emotional distress. | $ |
| c. ☒ | Loss of consortium | $ 1,000,000.00 |
| d. ☐ | Loss of sociey and companionship *(wrongful death actions only)* | $ |
| e. ☐ | Other *(specify)* | $ |
| f. ☐ | Other *(specify)* | $ |
| g. ☐ | Continued on Attachment 1.g. | |
| 2. | **Special damages** | |
| a. ☐ | Medical expenses *(to date)* | $ |
| b. ☐ | Future medical expenses *(present value)* | $ |
| c. ☐ | Loss of earnings *(to date)* | $ |
| d. ☐ | Loss of future earning capacity *(present value)* | $ |
| e. ☐ | Property damage | $ |
| f. ☐ | Funeral expenses *(wrongful death actions only)* | $ |
| g. ☐ | Future contributions *(present value) (wrongful death actions only)* | $ |
| h. ☐ | Value of personal service, advice, or training *(wrongful death actions only)* | $ |
| i. ☐ | Other *(specify)* | $ |
| j. ☐ | Other *(specify)* | $ |
| k. ☐ | Continued on Attachment 2.k. | |

3. ☐ **Punitive damages:** Plaintiff reserves the right to seek punitive damages in the amount of *(specify)*.. $ ________ when pursuing a judgment in the suit filed against you.

Date: May 21, 2025

Ayda Mirafshar, Esq.
(TYPE OR PRINT NAME)

(SIGNATURE OF PLAINTIFF OR ATTORNEY FOR PLAINTIFF)

(Proof of service on reverse)



Form Adopted for Mandatory Use
Judicial Council of California
CIV-050 [Rev. January 1, 2007]

**STATEMENT OF DAMAGES**
**(Personal Injury or Wrongful Death)**

Code of Civil Procedure, §§ 425.11, 425.115
*www.courts.ca.gov*

**CIV-050**

| | |
|---|---|
| PLAINTIFF: SYLVIA MULINO and MITCH MULINO<br>DEFENDANT: COSTCO WHOLESALE CORPORATION | CASE NUMBER:<br>30-2025-01482327-CU-PO-CJC |

**PROOF OF SERVICE**

*(After having the other party served as described below, with any of the documents identified in item 1, have the person who served the documents complete this Proof of Service. Plaintiff cannot serve these papers.)*

1. I served the
   a. ☐ Statement of Damages ☐ Other *(specify):*
   b. on *(name):*
   c. by serving ☐ defendant ☐ other *(name and title or relationship to person served):*
   d. ☐ by delivery ☐ at home ☐ at business
      (1) date:
      (2) time:
      (3) address:
   e. ☐ by mailing
      (1) date:
      (2) place:
2. Manner of service *(check proper box):*
   a. ☐ **Personal service.** By personally delivering copies. (CCP § 415.10)
   b. ☐ **Substituted service on corporation, unincorporated association (including partnership), or public entity.** By leaving, during usual office hours, copies in the office of the person served with the person who apparently was in charge and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left. (CCP § 415.20(a))
   c. ☐ **Substituted service on natural person, minor, conservatee, or candidate.** By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of the office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left. (CCP § 415.20(b)) **(Attach separate declaration or affidavit stating acts relied on to establish reasonable diligence in first attempting personal service.)**
   d. ☐ **Mail and acknowledgment service.** By mailing (by first- class mail or airmail, postage prepaid) copies to the person served, together with two copies of the form of notice and acknowledgment and a return envelope, postage prepaid, addressed to the sender. (CCP § 415.30) **(Attach completed acknowledgment of receipt.)**
   e. ☐ **Certified or registered mail service.** By mailing to an address outside California (by first-class mail, postage prepaid, requiring a return receipt) copies to the person served. (CCP § 415.40) **(Attach signed return receipt or other evidence of actual delivery to the person served.)**
   f. ☐ Other *(specify code section):*
      ☐ additional page is attached.
3. At the time of service I was at least 18 years of age and not a party to this action.
4. Fee for service: $
5. Person serving:
   a. ☐ California sheriff, marshal, or constable
   b. ☐ Registered California process server
   c. ☐ Employee or independent contractor of a registered California process server
   d. ☐ Not a registered California process server
   e. ☐ Exempt from registration under Bus. & Prof. Code § 22350(b)
   f. Name, address and telephone number and, if applicable, county of registration and number:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

▶ ______________________________
(SIGNATURE)

***(For California sheriff, marshal, or constable use only)***
I certify that the foregoing is true and correct.

Date:

▶ ______________________________
(SIGNATURE)